

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     John  Scherer v. Texas Coast Yachts, LLC

Appellate case number:   01-20-00412-CV

Trial court case number:  CV-0078309

Trial court:              County Court at Law No 2 of Galveston County

Appellant's brief was originally due on August 10, 2020.  Appellant requested and was granted three extensions until November 9, 2020.  Appellant filed a motion for extension on November 9, 2020, seeking a fourth extension until November 30, 2020.  The motion is **dismissed as moot**.

The Court extends the deadline for filing the brief until **January 11, 2021**.  **No further extensions will be granted absent a showing of exceptional circumstances**.

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
                   ☑ Acting individually    ☐ Acting for the Court


Date:  ___December 22, 2020_____